

United States District Court
Eastern District of California

---
Daisha  Matthews
---

Plaintiff(s)

V.

---
Goodleap, LLC
---

Defendant{s}

Case Number:  <u>2:24-cv-01684-WBS-CSK</u>

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180{b}{2} of the United States District Court for the Eastern District of California,

<u>Peter Albert Holland</u> hereby applies for permission to appear and participate as

counsel in the  above entitled action on behalf of the following party or parties:

Plaintiff, Daisha Matthews

On   <u>12/15/1992</u>   (date), I was admitted to practice and presently in good standing in the

<u>Supreme Court of Maryland</u> (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

I have/ ☑ have not concurrently or within the year preceding this application made a pro hac vice application

to this court. {If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

---

---

Date:      <u>07/17/2024</u>

Signature of Applicant: / s/ <u>Peter A. Holland</u>

**Pro Hac Vice Attorney**

Applicant's Name: Peter A. Holland

Law Firm Name: The Holland Law Firm, PC

Address: 3209 Chrisland Drive, Ste. 230

City: Annapolis    State: MD    Zip: 21403

Phone Number w/Area Code: (410) 280-6133

City and State of Residence: Annapolis, MD

Primary E-mail Address: peter@hollandlawfirm.com

Secondary E-mail Address: peter@hollandlawfirm.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Kristin Kemnitzer

Law Firm Name: Kemnitzer, Barron & Krieg LLP

Address: 1120 Mar West St., Ste. C2

City: Tiburon    State: CA    Zip: 94920

Phone Number w/Area Code: (415) 632-1900    Bar # 278946

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated:  July 18, 2024

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE