KEMNITZER, BARRON & KRIEG, LLP
KRISTIN KEMNITZER      Bar No. 278946
ADAM J. MCNEILE        Bar No. 280296
MALACHI J. HASWELL     Bar No. 307729
KATHERINE SASS         Bar No. 326185
1120 Mar West St., Ste. C2
Tiburon, CA 94920
Telephone: (415) 632-1900
Facsimile: (415) 632-1901
kristin@kbklegal.com
adam@kbklegal.com
kai@kbklegal.com
katie@kbklegal.com

THE HOLLAND LAW FIRM
PETER HOLLAND       Admitted *pro hac vice*
EMANWEL TURNBULL    Admitted *pro hac vice*
914 Bay Ridge Rd., Ste. 230
Annapolis, MD 21403
Telephone: (410) 280-6133
Facsimile: (410) 280-8650
peter@hollandlawfirm.com
eturnbull@hollandlawfirm.com

Attorneys for Plaintiff DAISHA MATTHEWS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAISHA MATTHEWS,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>GOODLEAP, LLC and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants.<br>_____/ | **Case No. 2:24-cv-01684-WBS-CSK**<br><br>**[PROPOSED] ORDER GRANTING REQUEST TO SEAL DOCUMENTS**<br><br>**Date:  May 6, 2025**<br>**Time:  10:00 a.m.**<br>**Courtroom 25, 8th Fl. (Sacramento)**<br>**Hon. Chi Soo Kim**<br><br>**DISCOVERY MATTER** |

The Court, having reviewed Plaintiff's Request to Seal Documents, submitted April 22, 2025, and good cause appearing, hereby GRANTS Plaintiff's request as follows:

The highlighted image in the Joint Statement re Discovery Disagreement submitted April

22, 2025 shall be sealed and Plaintiff shall file a redacted version of the Joint Statement re Discovery Disagreement within five court days of this order.

    IT IS SO ORDERED.

Dated: April 23, 2025

_____
CHI SOO KIM
UNITED STATES MAGISTRATE JUDGE

4, matt1684.24