FREDRICK LEVIN (STATE BAR NO. 187603)
flevin@orrick.com
631 Wilshire Boulevard, Suite 2-c
Santa Monica, California 90401
Telephone:   +1 310 424 3900
Facsimile:   +1 310 424 3960

ALI ABUGHEIDA (STATE BAR NO. 285284)
aabugheida@orrick.com
SARAH DAVIS (STATE BAR NO. 275145)
sdavis@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
The Orrick Building
405 Howard Street
San Francisco, CA  94105-2669
Telephone:   +1 415 773 5700
Facsimile:   +1 415 773 5759

*Attorneys for Defendant GOODLEAP, LLC*

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **DAISHA MATTEWS,** | Case No. 2:24-cv-01684-WBS-CSK |
| **Plaintiff,** | |
| v. | **STIPULATION & ORDER FOR MODIFICATION OF SCHEDULING ORDER** |
| **GOODLEAP, LLC., ET AL.,** | |
| Defendant. | |

Pursuant to Local Rule 144(b), Plaintiff Daisha Matthews ("Plaintiff") and GoodLeap, LLC ("GoodLeap" together with Plaintiff, the "Parties"), by and through their respective undersigned counsel of record, hereby stipulate and seek an order modifying the Scheduling Order (ECF No. 17) as follows:

1. Whereas, October 10, 2024, the Court issued a Pretrial Scheduling Order (ECF No. 17), which, among other things, set a September 8, 2025 deadline by which to complete discovery;

2. Whereas, since that date the Parties have diligently pursued discovery, including multiple productions by both parties, multiple rounds of written discovery, and four depositions;

3. Whereas, the Parties have agreed to mediate their dispute with JAMS neutral Bob Meyer, and the first available date that all Parties and Mr. Meyer are available is August 25, 2025;

4. Whereas, the Parties' respective counsel have had multiple successful mediations with Mr. Meyer and believe he is uniquely situated to assist the Parties in hopefully resolving this suit;

5. Whereas, the Parties agree that it would conserve the Parties' resources and likely increase the ability to settle if the Parties can primarily focus efforts on settlement until mediation is completed;

6. Whereas, the Parties would otherwise be engaging in further discovery in preparation for trial under the current schedule;

7. Whereas, the Parties agree that extending the current case deadlines by approximately three months would be sufficient to enable the parties to conserve resources and would promote settlement;

8. Whereas, this is the first extension that the Parties have requested;

9. Whereas, the Parties agree and stipulate to the below schedule and request this Court enter an order approving the same:

| Event | Old Date | New Date |
|---|---|---|
| Expert witness disclosures due | 7/14/2025 | 10/14/2025 |
| Rebuttal experts due | 8/11/2025 | 11/11/2025 |
| All discovery completed | 9/8/2025 | 12/8/2025 |
| Deadline for filing all motions (except for continuances, temporary restraining orders, or other emergency applications) | 10/6/2025 | 1/16/2026 |
| Final Pretrial Conference | 12/15/2025 | 3/23/2026, 1:30 pm |
| Trial Start Date | 2/10/2026 | 5/12/2026, 9:00 am |

The requested extension is sought in good faith and not for the purposes of delay or any other improper reason.

**IT IS SO STIPULATED.**

Dated: May 28, 2025                                     DAISHA MATTHEWS

By: */s/ Adam J. McNeile*
Adam J. McNeile
Kristin Kemnitzer
Malachi J. Haswell
Katherine Sass
Peter Holland
Emanwel Turnbull
KEMNITZER, BARRON & KRIEG LLLP

*Counsel for Plaintiff*

Dated: May 28, 2025                                     ORRICK, HERRINGTON & SUTCLIFFE LLP

By: */s/ Ali M. Abugheida*
Ali M. Abugheida
Fredrick S. Levin
Sarah N. Davis

*Attorneys for Defendant GoodLeap LLC*

# ORDER

Pursuant to the foregoing Stipulation, IT IS SO ORDERED:

| Event | Old Date | New Date |
|---|---|---|
| Expert witness disclosures due | 7/14/2025 | 10/14/2025 |
| Rebuttal experts due | 8/11/2025 | 11/11/2025 |
| All discovery completed | 9/8/2025 | 12/8/2025 |
| Deadline for filing all motions (except for continuances, temporary restraining orders, or other emergency applications) | 10/6/2025 | 1/16/2026 |
| Final Pretrial Conference | 12/15/2025 | **3/23/2026, 1:30 pm** |
| Trial Start Date | 2/10/2026 | **5/12/2026, 9:00 am** |

Dated:  May 28, 2025

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE