UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAISHA MATTHEWS, | Case No. 2:24-cv-01684-WBS-CSK |
| Plaintiff, | **ORDER FOR DISMISSAL OF ENTIRE ACTION WITH PREJUDICE** |
| vs. | |
| GOODLEAP, LLC; and DOES 1 through 20, inclusive, | |
| Defendants. | |

### ORDER

Pursuant to the Parties' Stipulation for Dismissal of Entire Action with Prejudice, and good cause appearing, the above-entitled action is dismissed, in its entirety, with prejudice.

**IT IS SO ORDERED.**

Dated: September 3, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE